FILED: September 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4273

(5:13-cr-00160-D-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN ELLIOTT HAYES, a/k/a Booman

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Appendix due: 10/26/2015

Response brief due: 11/18/2015

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk